■ In the Matter of SAMUEL STONE, Formerly an Attorney. — Motion to vacate order and reinstate movant denied. Concur — Murphy, P. J., Sullivan, Ross, Carro and Alexander, JJ.